**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **EMPLOYERS INSURANCE COMPANY OF WAUSAU, as subrogee of A-Z LRC I, LLC,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:22-cv-2530-SHM/tmp |
| **DAN WALKER ASSOCIATES, INC., A&T BUILDERS, LLC, STABILITY ENGINEERING, LLC, PIERRE COIRON, TIMBER STEEL, LLC, and GEOTECHNOLOGY, LLC,** ) ) ) ) ) ) | |
| Defendants. ) | |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on May 16, 2024.

## APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___May 16, 2024_____          WENDY R. OLIVER
DATE                              CLERK

                                  _/s/ Jairo Mendez_
                                  (By) DEPUTY CLERK